DAVID L. NEALE (SBN 141225)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyg.com; jyo@lnbyg.com; lls@lnbyg.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

SEP 22 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ghaltchi    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>THE HACIENDA COMPANY, LLC,<br><br>        Debtor. | Case No.: 2:22-bk-15163-NB<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER DENYING UNITED STATES TRUSTEE'S RENEWED MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(B)**<br><br>[Via Zoom]<br>DATE:    September 19, 2023<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 1545<br>              255 E. Temple Street<br>              Los Angeles, California |

Hearings were held on June 27, 2023 at 1:30 p.m., July 11, 2023 at 2:00 p.m., July 18, 2023 at 11:00 a.m., August 8, 2023 at 1:00 p.m., and September 19, 2023 at 2:00 p.m. (collectively, the "Hearings") in the above-captioned bankruptcy case of The Hacienda Company, LLC, the debtor and debtor-in-possession herein (the "Debtor"), before the Honorable Neil W. Bason, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, in his Courtroom "1545" located at 255 East Temple Street, Los Angeles, California, and via Zoom, for the Court to consider the *Notice Of Motion And Renewed Motion To Dismiss Case Pursuant To 11 U.S.C. §1112(B)* [Docket No. 150] (the "Motion") filed by the United States Trustee (the "UST"). Appearances at the Hearings on the Motion were made as noted on the record of the Court.

Upon consideration of the Motion and all papers submitted by the UST in support of the Motion, the opposition to the Motion filed by the Debtor [Docket No. 156] and all papers submitted by the Debtor in support of such opposition, the reply to the Debtor's opposition filed by the UST [Docket No. 160] and all papers submitted by the UST in support of such reply, the arguments and representations of counsel at the Hearings on the Motion, and the facts and circumstances of the Debtor's case, and for the reasons set forth in the Court's *Opinion Denying Motion To Dismiss Case Based On Connections With Cannabis* filed on September 20, 2023 [Docket No. 199] and incorporated herein by this reference,

IT IS HEREBY ORDERED that the Motion is denied.

# # #

Date: September 22, 2023

Neil W. Bason
United States Bankruptcy Judge